UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEROME C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | NO: 1:21-CV-3068-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 20). The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 20) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. Upon remand, the Appeals Council will instruct the Administrative Law Judge to: give the claimant the opportunity for a new hearing; reevaluate the claimant's symptoms; give further consideration to the medical opinions of record and prior administrative findings; reevaluate the claimant's residual functional capacity assessment; reassess steps four and five with the assistance of a vocational expert, if necessary; and issue a new decision.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** April 22, 2022.



THOMAS O. RICE
United States District Judge